IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

JOHN HUCK, TOM JONES,          )          8:06CV464
RAYMOND REISIG, REUBEN REISIG, )
LESTER OLSON, FORREST HICKMAN, )
JOHN WATSON, THOMAS SLUSHER,   )
EUGENE GALLEGOS, and           )
JOHN MORRIS, individually and  )
on behalf of all others        )
similarly situated,            )
                               )
              Plaintiffs,      )          ORDER
                               )
         vs.                   )
                               )
UNION PACIFIC CORPORATION and  )
UNION PACIFIC RAILROAD COMPANY, )
                               )
              Defendants.      )
_____)

This matter is before the Court after receipt of the
report of parties' planning conference (Filing No. 20).

IT IS ORDERED that a scheduling conference with the
undersigned will be held on:

**Thursday, October 19, 2006, at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th

Plaza, **OMAHA**, Nebraska, to establish a final progression order

for this case.  The parties may participate by telephone by

notifying Judge Strom's office prior to said date.

DATED this 5th day of October, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court