IN THE UNITED STATES COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN HUCK, TOM JONES, RAYMOND REISIG, REUBEN REISIG, LESTER OLSON, FORREST HICKMAN, JOHN WATSON, THOMAS SLUSHER, EUGENE GALLEGOS, and JOHN MORRIS, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>UNION PACIFIC CORPORATION and UNION PACIFIC RAILROAD COMPANY,<br><br>     Defendants. | No. 8:06-cv-464-LES-TDT<br><br><br>**MOTION TO CONSOLIDATE AND DESIGNATE INTERIM CLASS COUNSEL** |
| DAVID BLACKMORE, JERRY EUBANK, JEFFREY KLAPPRODT, JACOB MOORE, CHRIS NELSON, GEORGE OWEN, WILLIAM J. PLATT, WILLIAM PRICE, and CHRIS TUCKER,<br><br>     Plaintiffs,<br><br> v.<br><br>UNION PACIFIC RAILROAD,<br><br>     Defendant. | No. 8:06-cv-548-LES-TDT |

  Plaintiff John Huck and his co-plaintiffs in Case No. 8:06-cv-464-LES-TDT recently provided notice, as required by Gen. Rule 1.4(a), that the above-captioned two cases appear to be related. The cases were then assigned to the same judge. Mr. Huck and his co-plaintiffs in No. 8:06-cv-464-LES-TDT now move for an order (i) consolidating the above-captioned two

1

cases and any other related cases that may be filed in or transferred to this district in the future pursuant to Fed. R. Civ. P. 42(a); (ii) designating attorneys Robert G. Pahlke and Clifford A. Cantor as interim counsel to act on behalf of the putative class pursuant to Fed. R. Civ. P. 23(g)(2)(A); and (iii) entering the proposed order submitted herewith.

This motion is supported by a brief and the declarations of Mr. Pahlke and Mr. Cantor, filed herewith.

Dated October 18, 2006.   Respectfully submitted,

By: ⎯s/⎯⎯⎯Robert G. Pahlke⎯⎯⎯⎯
NSBA # 13201
PAHLKE, SMITH, SNYDER, PETITT & EUBANKS
1901 First Avenue, P.O. Box 1204
Scottsbluff, NE 69363-1204
Tel: (308) 635-3161
Fax: (308) 632-3128

By: ⎯s/⎯⎯⎯Clifford A. Cantor⎯⎯⎯⎯
LAW OFFICES OF CLIFFORD A. CANTOR, P.C.
627 208th Avenue SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813
Fax: (425) 868-787

Counsel for Plaintiffs in No. 8:06-cv-464-LES-TDT

## CERTIFICATE OF SERVICE

I certify that, on Oct. 18, 2006, I caused the foregoing motion, a proposed order, plaintiff Huck *et al.*'s brief in support, the Pahlke and Cantor declarations, and this certificate of service to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of filing to the CM/ECF participants listed on Schedule A, below.

By:   s/     Robert G. Pahlke
NSBA # 13201
PAHLKE, SMITH, SNYDER, PETITT & EUBANKS
1901 First Avenue, P.O. Box 1204
Scottsbluff, NE 69363-1204
Tel: (308) 635-3161
Fax: (308) 632-3128

### Schedule A

William M. Lamson, Jr.
Lamson, Dugan and Murray, LLP
10306 Regency Parkway Dr.
Omaha, NE 68114

Roger L. Sawatzke
Sawatzke Law Firm
229 S. Main St.
Council Bluffs, IA 51503

Kenneth M. Kliebard
Howrey LLP
321 N. Clark St. # 3400
Chicago, IL 60610

Ryan M. Sewell
Sewell Law Firm
215 S. Main St.
Council Bluffs, IA 51503

Robert E. O'Connor, Jr.
2433 S. 130th Cir.
Omaha, NE 68144

Clifford A. Cantor
Law Offices of Clifford A. Cantor, P.C.
627 208th Ave. SE
Sammamish, WA 98074