IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN HUCK, TOM JONES, RAYMOND REISIG, REUBEN REISIG, LESTER OLSON, FORREST HICKMAN, JOHN WATSON, THOMAS SLUSHER, EUGENE GALLEGOS and JOHN MORRIS, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV464 |
| v. | ) ) | |
| UNION PACIFIC CORPORATION and UNION PACIFIC RAILROAD COMPANY, | ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |
| DAVID BLACKMOORE, JERRY EUBANK, JEFFREY KLAPPRODT, JACOB MOORE, CHRIS NELSON, GEORGE OWEN, WILLIAM J. PLATT, WILLIAM PRICE and CHRIS TUCKER, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV548 |
| v. | ) ) | |
| UNION PACIFIC RAILROAD, a corporation, | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

```
DAVID BOILES, RONALD HART,    )
J.T. CULWELL, JR., JAMES BOSE,)
DON BRENT JOHNSON, TYLER GENE )
JONES, JACK D. LUGE and       )
WILLIAM BOSLEY, individually  )
and on behalf of all similarly)
situated Union Pacific        )
employees, former employees   )
and contractors,              )
                              )
            Plaintiffs,       )           8:06CV689
                              )
        v.                    )
                              )
UNION PACIFIC RAILROAD,       )           ORDER
a corporation,                )
                              )
            Defendant.        )
_____)
```

This matter is before the Court on the motions to consolidate (Filing No. 22 in 8:06CV464; Filing No. 11 in 8:06CV548).  After the planning conference was held with counsel,

IT IS ORDERED:

1) The motions to consolidate are granted; 8:06CV464, 8:06CV548 and 8:06CV689 are consolidated.

2)  That plaintiffs shall file a consolidated amended complaint in all three civil cases on or before January 8, 2007.

3)  The parties shall advise the Court as soon as possible if these actions should be stayed pending mediation.

DATED this 7th day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court