IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN HUCK, TOM JONES, RAYMOND REISIG, REUBEN REISIG, LESTER OLSON, FORREST HICKMAN, JOHN WATSON, THOMAS SLUSHER, EUGENE GALLEGOS and JOHN MORRIS, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV464 |
| v. | ) ) | |
| UNION PACIFIC CORPORATION and UNION PACIFIC RAILROAD COMPANY, | ) ) ) ) | |
| Defendants. | ) ) | |
| DAVID BLACKMOORE, JERRY EUBANK, JEFFREY KLAPPRODT, JACOB MOORE, CHRIS NELSON, GEORGE OWEN, WILLIAM J. PLATT, WILLIAM PRICE and CHRIS TUCKER, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV548 |
| v. | ) ) | |
| UNION PACIFIC RAILROAD, a corporation, | ) ) ) | |
| Defendant. | ) ) | |

```
DAVID BOILES, RONALD HART,      )
J.T. CULWELL, JR., JAMES BOSE,  )
DON BRENT JOHNSON, TYLER GENE   )
JONES, JACK D. LUGE and         )
WILLIAM BOSLEY, individually    )
and on behalf of all similarly  )
situated Union Pacific          )
employees, former employees     )
and contractors,                )
                                )
              Plaintiffs,       )           8:06CV689
                                )
         v.                     )
                                )
UNION PACIFIC RAILROAD,         )           ORDER
a corporation,                  )
                                )
              Defendant.        )
_____)
```

This matter is before the Court on the motion to continue progression order (Filing No. 30 in 8:06CV548). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED:

1) The motion to continue progression order is granted; these actions are stayed pending mediation.

2) The parties shall have until March 12, 2007, to file their amended consolidated complaint.

DATED this 3rd day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court