IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN HUCK, TOM JONES, RAYMOND<br>REISIG, REUBEN REISIG, LESTER<br>OLSON, FORREST HICKMAN, JOHN<br>WATSON, THOMAS SLUSHER,<br>EUGENE GALLEGOS and JOHN<br>MORRIS, individually and on<br>behalf of all others similarly<br>situated, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV464 |
| v. | ) ) | |
| UNION PACIFIC CORPORATION<br>and UNION PACIFIC RAILROAD<br>COMPANY, | ) ) ) ) | |
| Defendants. | ) ) | |
| DAVID BLACKMOORE, JERRY<br>EUBANK, JEFFREY KLAPPRODT,<br>JACOB MOORE, CHRIS NELSON,<br>GEORGE OWEN, WILLIAM J. PLATT,<br>WILLIAM PRICE and CHRIS<br>TUCKER, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV548 |
| v. | ) ) | |
| UNION PACIFIC RAILROAD,<br>a corporation, | ) ) ) | |
| Defendant. | ) ) | |

```
DAVID BOILES, RONALD HART,     )
J.T. CULWELL, JR., JAMES BOSE, )
DON BRENT JOHNSON, TYLER GENE  )
JONES, JACK D. LUGE and        )
WILLIAM BOSLEY, individually   )
and on behalf of all similarly )
situated Union Pacific         )
employees, former employees    )
and contractors,               )
                               )
          Plaintiffs,          )      8:06CV689
                               )
     v.                        )
                               )
UNION PACIFIC RAILROAD,        )      ORDER
a corporation,                 )
                               )
          Defendant.           )
_____)
```

IT IS ORDERED that a status conference in these matters is scheduled in chambers before the undersigned on:

**Friday, March 12, 2007, at 10 a.m.**

to report on the progress of the settlement of these cases.

DATED this 27th day of February, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court