IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN HUCK, TOM JONES, RAYMOND REISIG, REUBEN REISIG, LESTER OLSON, FORREST HICKMAN, JOHN WATSON, THOMAS SLUSHER, EUGENE GALLEGOS and JOHN MORRIS, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV464 |
| v. | ) ) | |
| UNION PACIFIC CORPORATION and UNION PACIFIC RAILROAD COMPANY, | ) ) ) ) | |
| Defendants. | ) ) | |
| DAVID BLACKMOORE, JERRY EUBANK, JEFFREY KLAPPRODT, JACOB MOORE, CHRIS NELSON, GEORGE OWEN, WILLIAM J. PLATT, WILLIAM PRICE and CHRIS TUCKER, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV548 |
| v. | ) ) | |
| UNION PACIFIC RAILROAD, a corporation, | ) ) ) | |
| Defendant. | ) ) | |

```
DAVID BOILES, RONALD HART,      )
J.T. CULWELL, JR., JAMES BOSE,  )
DON BRENT JOHNSON, TYLER GENE   )
JONES, JACK D. LUGE and         )
WILLIAM BOSLEY, individually    )
and on behalf of all similarly  )
situated Union Pacific          )
employees, former employees     )
and contractors,                )
                                )
            Plaintiffs,         )       8:06CV689
                                )
     v.                         )
                                )
UNION PACIFIC RAILROAD,         )       ORDER NUNC PRO TUNC
a corporation,                  )
                                )
            Defendant.          )
_____)
```

IT IS ORDERED that a status conference in these matters is scheduled in chambers before the undersigned on:

**Friday, March 23, 2007, at 10 a.m.**

to report on the progress of the settlement of these cases.

DATED this 28th day of February, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court