IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JOHN HUCK, TOM JONES, RAYMOND   )
REISIG, REUBEN REISIG, LESTER   )
OLSON, FORREST HICKMAN, JOHN    )
WATSON, THOMAS SLUSHER,         )
EUGENE GALLEGOS and JOHN        )
MORRIS, individually and on     )
behalf of all others similarly  )
situated,                       )
                                )
            Plaintiffs,         )           8:06CV464
                                )
      v.                        )
                                )
UNION PACIFIC CORPORATION       )
and UNION PACIFIC RAILROAD      )
COMPANY,                        )
                                )
            Defendants.         )
_____ )
DAVID BLACKMOORE, JERRY         )
EUBANK, JEFFREY KLAPPRODT,      )
JACOB MOORE, CHRIS NELSON,      )
GEORGE OWEN, WILLIAM J. PLATT,  )
WILLIAM PRICE and CHRIS         )
TUCKER,                         )
                                )
            Plaintiffs,         )           8:06CV548
                                )
      v.                        )
                                )
UNION PACIFIC RAILROAD,         )
a corporation,                  )
                                )
            Defendant.          )
_____ )
```

```
DAVID BOILES, RONALD HART,     )
J.T. CULWELL, JR., JAMES BOSE, )
DON BRENT JOHNSON, TYLER GENE  )
JONES, JACK D. LUGE and        )
WILLIAM BOSLEY, individually   )
and on behalf of all similarly )
situated Union Pacific         )
employees, former employees    )
and contractors,               )
                               )
              Plaintiffs,      )        8:06CV689
                               )
         v.                    )
                               )
UNION PACIFIC RAILROAD,        )        ORDER
a corporation,                 )
                               )
              Defendant.       )
_____)
```

This matter is before the Court after the status conference held on April 13, 2007. Clifford A. Cantor, Robert G. Pahlke, and Michael R. Perri participated by telephone. Robert O'Connor, Jr., William M. Lamson, Jr., Kenneth M. Kliebard, and Ryan M. Sewell were present. The parties advised the Court they have reached a tentative settlement agreement. Accordingly,

IT IS ORDERED:

1) That on or before May 18, 2007, the parties shall submit to the Court a proposed written settlement agreement. Said agreement shall provide for identification of a proposed class of plaintiffs and include information as to how the parties intend to notify the class.

2) A hearing to seek preliminary approval of the proposed settlement, the proposed class and the proposed class notice will be held on:

**Tuesday, May 29, 2007, at 1:30 p.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 13th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court