IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN HUCK, TOM JONES, RAYMOND REISIG, REUBEN REISIG, LESTER OLSON, FORREST HICKMAN, JOHN WATSON, THOMAS SLUSHER, EUGENE GALLEGOS and JOHN MORRIS, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | 8:06CV464 |
| v. | ) ) | |
| UNION PACIFIC CORPORATION and UNION PACIFIC RAILROAD COMPANY, | ) ) ) ) | |
| Defendants. | ) | |
| DAVID BLACKMOORE, JERRY EUBANK, JEFFREY KLAPPRODT, JACOB MOORE, CHRIS NELSON, GEORGE OWEN, WILLIAM J. PLATT, WILLIAM PRICE and CHRIS TUCKER, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | 8:06CV548 |
| v. | ) ) | |
| UNION PACIFIC RAILROAD, a corporation, | ) ) ) | |
| Defendant. | ) | |

```
DAVID BOILES, RONALD HART,     )
J.T. CULWELL, JR., JAMES BOSE, )
DON BRENT JOHNSON, TYLER GENE  )
JONES, JACK D. LUGE and        )
WILLIAM BOSLEY, individually   )
and on behalf of all similarly )
situated Union Pacific         )
employees, former employees    )
and contractors,               )
                               )
               Plaintiffs,     )         8:06CV689
                               )
        v.                     )
                               )
UNION PACIFIC RAILROAD,        )         ORDER
a corporation,                 )
                               )
               Defendant.      )
_____)
```

After telephonic conference with counsel,

IT IS ORDERED:

1) That on or before June 1, 2007, the parties shall submit to the Court a proposed written settlement agreement. Said agreement shall provide for identification of a proposed class of plaintiffs and include information as to how the parties intend to notify the class.

2) A hearing to seek preliminary approval of the proposed settlement, the proposed class and the proposed class notice will be held on:

**Monday, June 18, 2007, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 18th day of May, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court