IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JOHN HUCK, TOM JONES, RAYMOND   )
REISIG, REUBEN REISIG, LESTER   )
OLSON, FORREST HICKMAN, JOHN    )
WATSON, THOMAS SLUSHER,         )
EUGENE GALLEGOS and JOHN        )
MORRIS, individually and on     )
behalf of all others similarly  )
situated,                       )
                                )
              Plaintiffs,       )           8:06CV464
                                )
         v.                     )
                                )
UNION PACIFIC CORPORATION       )
and UNION PACIFIC RAILROAD      )
COMPANY,                        )
                                )
              Defendants.       )
_____)
DAVID BLACKMOORE, JERRY         )
EUBANK, JEFFREY KLAPPRODT,      )
JACOB MOORE, CHRIS NELSON,      )
GEORGE OWEN, WILLIAM J. PLATT,  )
WILLIAM PRICE and CHRIS         )
TUCKER,                         )
                                )
              Plaintiffs,       )           8:06CV548
                                )
         v.                     )
                                )
UNION PACIFIC RAILROAD,         )
a corporation,                  )
                                )
              Defendant.        )
_____)
```

```
DAVID BOILES, RONALD HART,    )
J.T. CULWELL, JR., JAMES BOSE,)
DON BRENT JOHNSON, TYLER GENE )
JONES, JACK D. LUGE and       )
WILLIAM BOSLEY, individually  )
and on behalf of all similarly)
situated Union Pacific        )
employees, former employees   )
and contractors,              )
                              )
            Plaintiffs,       )          8:06CV689
                              )
      v.                      )
                              )
UNION PACIFIC RAILROAD,       )          ORDER
a corporation,                )
                              )
            Defendant.        )
_____)
```

After conference with counsel,

IT IS ORDERED:

1) That on or before July 13, 2007, the parties shall submit to the Court a proposed written settlement agreement. Said agreement shall provide for identification of a proposed class of plaintiffs and include information as to how the parties intend to notify the class.

2) A hearing to seek preliminary approval of the proposed settlement, the proposed class and the proposed class notice will be held on:

**Tuesday, July 17, 2007, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 18th day of June, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court