IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN HUCK, TOM JONES, RAYMOND REISIG, REUBEN REISIG, LESTER OLSON, FORREST HICKMAN, JOHN WATSON, THOMAS SLUSHER, EUGENE GALLEGOS and JOHN MORRIS, individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>    v.<br><br>UNION PACIFIC CORPORATION and UNION PACIFIC RAILROAD COMPANY,<br><br>         Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 8:06CV464 |
| DAVID BLACKMOORE, JERRY EUBANK, JEFFREY KLAPPRODT, JACOB MOORE, CHRIS NELSON, GEORGE OWEN, WILLIAM J. PLATT, WILLIAM PRICE and CHRIS TUCKER,<br><br>         Plaintiffs,<br><br>    v.<br><br>UNION PACIFIC RAILROAD, a corporation,<br><br>         Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 8:06CV548 |

```
DAVID BOILES, RONALD HART,     )
J.T. CULWELL, JR., JAMES BOSE, )
DON BRENT JOHNSON, TYLER GENE  )
JONES, JACK D. LUGE and        )
WILLIAM BOSLEY, individually   )
and on behalf of all similarly )
situated Union Pacific         )
employees, former employees    )
and contractors,               )
                               )
            Plaintiffs,        )      8:06CV689
                               )
        v.                     )
                               )
UNION PACIFIC RAILROAD,        )      ORDER
a corporation,                 )
                               )
            Defendant.         )
_____)
```

IT IS ORDERED that the hearing to seek preliminary approval of the proposed settlement, the proposed class and the proposed class notice is scheduled for:

**Thursday, July 26, 2007, at 1:30 p.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 19th day of July, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court