IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN HUCK, TOM JONES, RAYMOND REISIG, REUBEN REISIG, LESTER OLSON, FORREST HICKMAN, JOHN WATSON, THOMAS SLUSHER, EUGENE GALLEGOS and JOHN MORRIS, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>  vs.<br><br>UNION PACIFIC CORPORATION and UNION PACIFIC RAILROAD COMPANY,<br><br>            Defendants. | Case No. 06 CV 464 |
| DAVID BLACKMORE, JERRY EUBANK, JEFFREY KLAPPRODT, JACOB MOORE, CHRIS NELSON, GEORGE OWEN, WILLIAM J. PLATT, WILLIAM PRICE, and CHRIS TUCKER,<br><br>            Plaintiffs,<br><br>  vs.<br><br>UNION PACIFIC RAILROAD,<br><br>            Defendant. | Consolidated under<br>Case No. CV 464<br><br>(originally No. 06 CV 548) |
| DAVID BOILES, RONALD HART, J.T. CULWELL, JR., JAMES BOSE, DON BRENT JOHNSON, TYLER GENE JONES, JACK D. LUGE, and WILLIAM BOSLEY, individually and on behalf of all similarly situated Union Pacific Employees, Former Employees and Contractors,<br><br>            Plaintiffs,<br><br>  vs.<br><br>UNION PACIFIC CORPORATION a/k/a UNION PACIFIC,<br><br>            Defendant. | Consolidated under<br>Case No. CV 464<br><br>(originally No. 06 CV 689) |

**JOINT MOTION FOR PRELIMINARY APPROVAL OF
CLASS SETTLEMENT AND APPROVAL OF CLASS NOTICE PLAN**

Class Plaintiffs, John Huck, Tom Jones, Raymond Reisig, Reuben Reisig, Lester Olson, Forrest Hickman, John Watson, Thomas Slusher, Eugene Gallegos, John Morris, David Blackmore, Jerry Eubank, Jeffrey Klapprodt, Jacob Moore, Chris Nelson, George Owen, William Platt, William Price, Chris Tucker, David Boiles, Ronald Hart, J.T. Culwell, Jr., James Boese, Don Johnson, Tyler Jones, Jack D. Luge, and William Bosley, on behalf of themselves and the Settlement Class (as defined in the Class Action Settlement Agreement), and Defendants, Union Pacific Corporation and Union Pacific Railroad Co. (referred to collectively as "Union Pacific"), by their attorneys, jointly request that the Court: (i) grant preliminary approval of the proposed class action settlement (the "Proposed Settlement") subject to a final fairness hearing; and (ii) approve the forms and manner of notice to the class and direct the issuance of the notice to the class. In support hereof, the parties submit the accompanying memorandum, Class Action Settlement Agreement, Class Notice, and proposed Preliminary Approval Order.

WHEREFORE, the parties respectfully request that this Court grant this Motion and enter the attached Order.

Dated: July 25, 2007                              Respectfully Submitted,

s/Michael R. Perri                                s/William M. Lamson, Jr.
Michael R. Perri                                  William M. Lamson, Jr.
Phillips McFall McCaffrey                         Lamson, Dugan and Murray, LLP
  McVay & Murrah, P.C.                            Lamson, Dugan and Murray Building
211 North Robinson, 12th Floor                    10306 Regency Parkway Drive
Oklahoma City, Oklahoma 73102                     Omaha, Nebraska 68114-3743
Phone: 405-235-4100/Fax:   405-235-4133           Phone: 402-397-7300/Fax:   402-397-7824
E-mail: mrperri@phillipsmcfall.com                E-Mail: wlamson@ldmlaw.com

David Perryman                                    Kenneth M. Kliebard
Frailey, Chaffin, Cordell, Perryman               Howrey LLP
  Sterkel & McCalla LLP                           321 North Clark Street, Suite 3400
201 North 4th Street, P.O. Box 533                Chicago, Illinois   60610-4714
Chickasha, Oklahoma 73023                         Phone: 312-595-1239/Fax:  312-595-2250
Phone: 405-224-0237/Fax:   405-222-2319           E-Mail: kliebardk@howrey.com
E-Mail: dperryman@fccpsm.com

                                                  *Counsel for Defendants*

Ryan M. Sewell
215 South Main Street
Council Bluffs, Iowa 51503
Phone: 712-328-1575/Fax:   712-328-1562
E-mail: rsewell@cox.net

Robert E. O'Connor, Jr.
2433 South 130th Circle
Omaha, Nebraska 68144
Phone: 402-330-5906/Fax:   402-330-9763
E-mail: reolaw@aol.com

Robert G. Pahlke
Pahlke, Smith, Snyder, Petitt & Eubanks
1901 First Avenue, P.O. Box 1204
Scottsbluff, NE 69363-1204
Phone: 308.635.3161/Fax:   308.632.3128

Clifford A. Cantor
Law Offices Of Clifford A. Cantor, P.C.
627 208th Avenue SE
Sammamish, WA 98074-7033
Phone: 425.868.7813/Fax:   425.868.7870

*Counsel for Class Plaintiffs*